UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――X

UNITED STATES OF AMERICA,            :

                              :    NOTICE OF APPEARANCE
                                    AS COUNSEL

   -against-                         :
                                   Case No: 22-cr-00514-PGG-1

                              :

JOHNNY DAMUS,
                              :
          Defendant,
―――――――――――――――――――――――X

SIRS:

     PLEASE TAKE NOTICE, that the Defendant, JOHNNY DAMUS, has retained Albert Y. Dayan, Esq. as his Attorney and requests that a copy of all papers in this proceeding be served upon the undersigned at the office and post office address stated below.

Dated: Kew Gardens, New York
       October 10, 2022

                                       Respectfully submitted,

                                       _____/s/_____
                                       ALBERT Y. DAYAN, ESQ.
                                       Attorney for the Defendant
                                       JOHNNY DAMUS
                                       80-02 Kew Gardens Road, Suite 902
                                       Kew Gardens, New York 11415
                                       (718) 268-9400
                                       dayanlaw@aol.com