UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOHNNY DAMUS ET AL.,

Defendants.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this matter scheduled for **April 11, 2023, at 2:00 p.m.** will take place in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
April 10, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge