# ALBERT Y. DAYAN
### Attorney at Law
80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415
Tel: (718) 268-9400:     Fax: (718) 268-9404

**By Email:**

April 11, 2023

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: April 11, 2023

Re:   *United States v. Johnny Damus et al.,*
      **Case No: 22 Cr. 514 (PGG)**

Dear Judge Gardephe:

We are respectfully asking this Honorable Court for the defendant, Johnny Damus who resides in the State of Georgia, City of Atlanta, to appear virtual today, Tuesday, April 11, 2023, for a status conference that is scheduled at 2:00 p.m.

Your Honor, due to a miscommunication from my office with Mr. Damus, we did not inform him that he should appear at today's conference in person, even though Mr. Damus had communicated with my office, specifically asking us whether he should appear in person. We failed to inform him that he should. I do sincerely apologize to the Court for not informing Mr. Damus of his required presence. I am kindly asking the Court for Mr. Damus to appear virtual today, and assure this Honorable Court that this will not happen again.

AUSA Ashley Nicholas takes no position in this request.

Thank you Your Honor for understanding.

Respectfully submitted,

/s/ Albert Y. Dayan
Albert Dayan
Attorney at Law
dayanlaw@aol.com

cc.   Ashley C. Nicolas
      Madison Reddick Smyser
      Assistant United States Attorneys