# ALBERT Y. DAYAN
Attorney at Law

80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415
Tel: (718) 268-9400:     Fax: (718) 268-9404

**By ECF**

April 24, 2023

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Johnny Damus et al.,*
              <u>Case No: 22 Cr. 514 (PGG)</u>

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Date: May 1, 2023

Dear Judge Gardephe:

    I am Counsel for Johnny Damus in the referenced matter. Mr. Damus presently resides in the State of Georgia with his wife and two children on a curfew from 6:00 a.m. to 11:00 p.m.

    Your Honor, we are respectfully asking this Honorable Court for Mr. Damus to extend his curfew on Saturday, May 6, 2023, from 11:00 p.m. to 2:00 a.m. to take part as a paid event staff at the Mercedes-Benz Stadium situated at 1 Amb Dr. NW, Atlanta, Georgia 30313. Mr. Damus duties include checking in guests at the door and helping out at the bar. The event will start at 3:00 p.m. and conclude at 1:00 a.m. and Mr. Damus will make sure he is back at his residence by 2:00 a.m. The Government has deferred this request to Pretrial Services who has no objection.

    Mr. Damus has been in compliant with all pretrial supervision by his designated Pretrial Officer in Georgia.

    Thank you Your Honor for your consideration.

                              Respectfully submitted,

                              */s/ Albert Y. Dayan*
                              Albert Dayan
                              Attorney at Law
                              dayanlaw@aol.com

cc.    Ashley C. Nicolas
        Madison Reddick Smyser
        Assistant United States Attorneys
        USPO Krystal Batchelor
        (By ECF)