UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOHNNY DAMUS ET AL.

Defendants.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that any pretrial motions are to be filed by **June 16, 2023.**

A conference will take place on **June 26, 2023 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 18, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge