**ALBERT Y. DAYAN**           80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415

Attorney at Law                          Tel: (718) 268-9400:      Fax: (718) 268-9404

**By ECF**

May 26, 2023

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:**  *United States v. Johnny Damus et al.,*
> **Case No: 22 Cr. 514 (PGG)**

Dear Judge Gardephe:

I am Counsel for Johnny Damus in the referenced case. Mr. Johnny Damus presently resides in the State of Georgia with his wife and two children, with a curfew of 6:00 a.m. to 11:00 p.m.

Your Honor, we are respectfully asking this Honorable Court for Mr. Damus to travel to New York with his wife and children from June 8 to June 13, 2023. The purpose of his visit is to have a legal meeting with his counsel and also for his children to visit their grandparents since they will be off from school during this time.

**MEMO ENDORSED**

The Government has deferred this request to Pretrial Servi**The Application is granted.** has no objection for Mr. Damus to travel to New York to have a l**SO ORDERED:** attorney but needs the Court's permission for social visits.

Mr. Damus has been in compliant with all pretrial supervi~~s~~

Pretrial Officer in Georgia.

_____
**Paul G. Gardephe, U.S.D.J.**
Date:  May 31, 2023

Thank you Your Honor for your consideration.

Respectfully submitted,

*/s/ Albert Y.  Dayan*
Albert Dayan
Attorney at Law
dayanlaw@aol.com

cc.     Ashley C. Nicolas
        Madison Reddick Smyser
        Assistant United States Attorneys
        USPO Krystal Batchelor
        (By ECF)