UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>JOHNNY DAMUS ET AL.,<br><br>Defendants. | **ORDER**<br><br>22 Cr. 514 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Trial is scheduled for **October 10, 2023, at 9:30 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Motions in limine, proposed voir dire, and requests to charge are due by **September 11, 2023.** Responsive papers are due by **September 18, 2023.**

      A final pretrial conference will take place on **October 6, 2023, at 11:00 a.m.** in the Courtroom described above.

Dated: New York, New York
       June 26, 2023

                                   SO ORDERED.

                                   _____
                                   Paul G. Gardephe
                                   United States District Judge