# ALBERT Y. DAYAN
Attorney at Law

80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400:    Fax: (718) 268-9404

**By ECF**

August 21, 2023

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> **MEMO ENDORSED**
> The Application is granted.
> SO ORDERED:
> /s/ Paul G. Gardephe
> Paul G. Gardephe, U.S.D.J.
> Date: August 24, 2023

   **Re:** *United States v. Johnny Damus et al.,*
      <u>Case No: 22 Cr. 514 (PGG)</u>

Dear Judge Gardephe:

  I am Counsel for Johnny Damus in the referenced case. Mr. Johnny Damus presently resides in the State of Georgia with his wife and two children, with a curfew of 6:00 a.m. to 11:00 p.m.

  Your Honor, we are respectfully asking this Honorable Court for Mr. Damus to travel to New York to work in two events. Both events are in Brooklyn, New York. The date to travel for the first event is Saturday, August 26 to Monday, August 28, 2023. The second event is Friday, September 1 to Monday, September 4, 2023.

  The Government has deferred this request to Pretrial Services in New York and Pretrial Services in New York has deferred this request to the Supervising District. The Senior United States Probation Office in Georgia has no objection for Mr. Damus to travel to New York to work in these two events.

  Mr. Damus has been in compliant with all pretrial supervision by his designated Pretrial Officer in Georgia.

  Thank you Your Honor for your consideration.

            Respectfully submitted,

            */s/ Albert Y. Dayan*
            Albert Dayan
            Attorney at Law
            dayanlaw@aol.com

cc: Ashley C. Nicolas
   Madison Reddick Smyser
   Assistant United States Attorneys
   USPO Krystal Batchelor
   (By ECF)