UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOHNNY DAMUS,

                  Defendant.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The disclosure dates for the Pre-Sentence Report will be extended to November 21, 2023, for the first disclosure and December 19, 2023, for the second disclosure.

        Further, defense counsel for Mr. Damus is directed to immediately contact U.S. Probation Officer Jana Nieman in order to schedule Mr. Damus' presentence interview.

Dated: New York, New York
       October 24, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge