UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOHNNY DAMUS,

                Defendant.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Mr. Damus' sentencing currently scheduled for January 4, 2024, is adjourned to **February 13, 2024, at 2:00 p.m**.

      The disclosure dates for the Pre-Sentence Report will be extended to **December 11, 2023**, for the initial disclosure and **January 8, 2024**, for the final disclosure.

      Any sentencing submission on behalf of Mr. Damus will now be due by **January 30, 2024**. The Government's sentencing submission will now be due by **February 6, 2024**.

Dated: New York, New York
       November 15, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge