UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOHNNY DAMUS,

Defendant.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing in this matter currently scheduled for February 13, 2024, at 2:00 p.m. is adjourned to **February 14, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
February 12, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge