UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v. - | : | AMENDED CONSENT PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY/ |
| JOHNNY DAMUS a/k/a "Ace", | : | MONEY JUDGMENT |
| Defendant. | : | 22 Cr. 514 (PGG) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about September, 27, 2022, JOHNNY DAMUS a/k/a "Ace", (the "Defendant") among others, was charged in four counts of a five-count sealed Indictment, 22 Cr. 514 (PGG) (the "Indictment"), with conspiracy to commit access device fraud, in violation of Title 18, United States Code, Section 1029(b)(2) (Count One); access device fraud, in violation of Title 18, United States Code, Sections 1029(a)(5), 1029(c)(1)(A)(ii), and 2 (Count Two); conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count Three); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Four);

WHEREAS, the Indictment included, *inter alia,* a forfeiture allegation as to Counts One and Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029 (c)(1)(C), of any and all property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the offense commission of the offenses charged in Counts One and Two of the Indictment, and any and all personal property used or intended to be used to commit the offenses charged in Counts One and Two of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment;

WHEREAS, on or about September 29, 2022, the Government seized property from the LUXURYSNOB office located at 456 Johnson Avenue, Suite 228, Brooklyn, NY 11237, including but not limited to the property listed in Attachment A attached hereto (the "Seized Property");

WHEREAS, on or about September 6, 2023, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment; and

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $536,434.01 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with (i) his co-defendant Fabiola Mompoint ("Mompoint") for the $91,456 forfeiture money judgment entered against her by this Court on May 16, 2023 and (ii) his co-defendants Rashaan Richards, Kareem Shepherd, Devon Richards, Conrad Heron, Louis Jeune Verly, Nathanael Foucault, and Johnathan Persaud (collectively, the "Co-defendants") to the extent forfeiture money judgments are entered against the Co-defendants in this case for the offense charged in Count One of the Indictment;

WHEREAS, the Defendant further consents to the forfeiture of all his right, title and interest in (i) the Seized Property, and (ii) the URL www.luxurysnob.com (the URL together with the Seized Property, the "Specific Property") which constitute proceeds of the offense charged in Count One of the Indictment and/or property used or intended to be used to commit the offense charged in Count One of the Indictment;

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained and property involved in the offense charged in Count One of the Indictment cannot be located upon the exercise of due diligence, with the exception of the Amended Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Amended Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Ashley C. Nicolas, Chelsea L. Scism, and Madison Reddick Smyser, of counsel, and the Defendant and his counsel, Albert Dayan, Esq., that:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $536,434.01 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the

Defendant is jointly and severally liable with (i) Mompoint for the $91,456 forfeiture money judgment entered against her by this Court on May 16, 2023 and (ii) the Co-defendants, to the extent forfeiture money judgments are entered against the Co-defendants in this case, shall be entered against the Defendant.

2.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Amended Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

3.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Amended Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment is final as to the Defendant, JOHNNY DAMUS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

4.      All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance & Money Laundering Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

5.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6.      Upon entry of this Amended Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, the United States Marshals Service (or its designee) is hereby

authorized to take possession of the Amended Specific Property and to hold such property in its secure custody and control.

7.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov.  This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days.  Any person, other than the Defendant, claiming interest in the Amended Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

8.      The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Amended Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Amended Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Amended Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

9.      Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

10.     Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Amended Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.   All Amended Specific Property forfeited to the United States under a Final Order of Forfeiture shall be applied towards the satisfaction of the Money Judgment.

11.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

12.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

13.     The Court shall retain jurisdiction to enforce this Amended Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

14.    The signature page of this Amended Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          2/14/24
     Ashley C. Nicolas                          DATE
     Chelsea L. Scism
     Madison Reddick Smyser
     Assistant United States Attorneys
     One St. Andrew's Plaza
     New York, NY 10007
     (212) 637-2467/-2105/-2381

JOHNNY DAMUS

By: _____          2-15-24
     Johnny Damus                               DATE

By: _____          2-14-24
     Albert Dayan, Esq.                         DATE
     Attorney for Defendant
     80-02 Kew Gardens Road, Suite 902
     Kew Gardens, NY 11415

SO ORDERED:

_____              Feb. 14, 2024
HONORABLE PAUL G. GARDEPHE                      DATE
UNITED STATES DISTRICT JUDGE

**Attachment A**

a. All Items seized from the LUXURYSNOB office located at 456 Johnson Avenue, Suite 228, Brooklyn, NY 11237 on or about September 28, 2022:

1. Fendi (size 35.5)  High boot original print;
2. Chanel (size 38) Thongs black Calfskin (G34314X51124);
3. Dior (size 39) B22 blue 063 white red (3SN231YUL);
4. Balenciaga  (size 7) Track Sneakers ( blue / green);
5. Alexander McQueen (size 42E)  sneakers A McQueen - LARRY  White (104-03689);
6. Alexander McQueen  ( size 40) white / mineral yellow sneakers ( 612746WHYBP);
7. Balenciaga ( size 40) Sneaker Tess S-Gomma Red/white ( 454488WOYX4);
8. Young versace (size 38) black, grey, gold sneakers (YSM0377) (YSO353) Lycra-Specchio+BBC;
9. Giuseppe Zanotti ( size 39) (1I960040) Black Zebra hide;
10. Chanel black Small BOY Chanel Handbag ( REV A67085 Y83339 O4305);
11. Channel black Small BOY Channel Handbag (A67085 B08781 94305);
12. Givenchy  (Size 38) bay pink slides flats  (BE3004E12666138);
13. Givenchy (size 40) (BE305EE0ZC-001) 4G Sandals black flats;
14. Dior ( Size 37) 56B Deep blue sneakers ( KCK2110BES56B);
15. Giuseppe Zanotti (size 38.5) Silver sandals with stones;
16. Valentino (size 36) black sandals with silver studs;
17. Valentino (size 37) black sandals with silver studs;
18. Giuseppe Zanotti (size 38) Pink heels (E20019);
19. Dolce & Gabbana (size 40.5) Smepaldo/verde  (CR102882B961);
20. Burberry (size 27 children) shoes booties (K1minimarkham straps) Archive Beige (style 11415A0026);
21. Roger Vivier ( size 41.5) Sneaky VIN Double Buckle Strass ( RVW 40319990C9PB001);
22. Balenciaga (size 37) green rain boots;
23. Amina Muaddi (size 41) Miabootglitter (glitter 10-A Argento (SKU 401110283701);
24. Gianvito Rossi -milano Exotic Dionne Pony Leopard print  (size 41) G31325.15RIC.PYELENE;
25. Jimmy Choo -london (size 40)  blue sandals with straps;
26. Francesco Russo (size 41) red vero cucoio heels;
27. Chanel (size 42 ) transparent white high boots (G33792 Y52873);
28. DSquared2 (size 41) black ankle boot Bungy Jump w/dust cover ( W17J 202 1507 M084 US);
29. Christian Louboutin (size 40) Pana 140  boots (VV/Velet / Spec Black and gold) (CM6S);
30. Gucci ( size 36.5) New Denim GG Delave Blue tea ( 6232122KQ004402) shoes;
31. Chanel (size 40) Chanel Beige & Black CC Suede Cork Slide Sandals;
32. Balenciaga (size 40.5) Olive suede boot;
33. Gucci (size 39.5) leather thong sandals silver with double G;
34. Gucci (size 7.5) Moccasin Fabric R.S. ( 529879KY990 8376) women shoes;
35. Gucci ( size 39) Tessuto GG Supreme white ( 703192KGD009000)  Sneakers;
36. Gianvito Rossi (size 42) red ankle boot (1006-11782);
37. Louis Vuitton -hat, glove, and scarf winter set;
38. Fendi Kids (size 23) ankle boots black (CG246);
39. Frency & Mercury Favorite Breakfast sunglasses (Mui Mui box);

40. Gucci ( size 6 ) Nero/NY.W/HI.R (493476 0B910) shoes sneakers;
41. Gucci (size 39) Argyle multicolor (493713 KC260) shoes sneakers;
42. Chloe (size 42) Ankle boots Tan (CH28351E42);
43. Saint Laurent (size 38) silver sandals ( Cassandra 05 YSL Sandals ) (5522451FYBB);
44. Sophia Webster Mint Silver Heel (SWAW15102 );
45. Versace (size 31) Sneaker FDO Gomma Tessuto Jersey Stretch Rican Black (YHF00007);
46. Christian Louboutin (size 40) Pana 140  boots (VV/Velet / Spec Red and gold) (CM14);
47. Bottega Veneta ( size 36) Flamingo Pump Micro Rubber (667153B11TO);
48. Bottega Veneta (size 39) Rubber sole (SA9213-TOILE) white pumps with dust cover;
49. Hunter (size 10)women original black rain boots (WFT1026RMA) ;
50. Dior light purple Saddle bag with strap;
51. Gucci (size 42)  Women's  rubber slide sandals black (624730J87001000);
52. Gucci (size 36) Men's Ace GG Supreme Sneakers;
53. Chanel (size 35.5) suede calfskin fabric CC Sneakers white with dust bags;
54. Empty box;
55. Prada brown Fur bag-Women Sheepskin Handbag;
56. Fendi (size 41) Fendi FFrame Jacquard To-The-Knee Boots yellow;
57. Marni (size 41) blue, black wedge heel;
58. Christian Louboutin (size 39 1/2) green suede ankle boots heel;
59. ToyBoy Jelly bag 1829 - Clear green bag with red letters;
60. Giuseppe Zanotti (size 41) knee high boots black suede;
61. Saint Laurent gray leather bag / Leather tote;
62. Stella McCartney (size 41) black Vegetarian leather platform ankle boots;
63. Balmain (size 43)  black sneakers with logo;
64. Gianvito Rossi  (size 42) black leather ankle boots;
65. Chanel (size 42) knee high leather boots;
66. Givenchy shiny Lord Calfskin Medium Red bag (BW1050959);
67. Linda Farrow + Bea Bongiasca round-frame gold-tone sunglasses -turquoise/brown;
68. Karen Walker Sadie Sunglasses Black/Silver on Garmentory sunglasses;
69. Carolina Lemke mustard/yellow eyeglasses;
70. Adam Selman x Le Specs Prowler Cat-eye sunglasses - yellow;
71. Karen Walker erdem blue and brown glasses;
72. Gucci Gucci GG0419S - brown sunglasses;
73. Dolce & Gabbana DD 2089 purple sunglasses;
74. Frency & Mercury Red Cat-Eye Glasses brown;
75. Christian Louboutin (size 42)  Metallic green Python Leather Louis sneakers;
76. Saint Laurent SL 183 Betty black sunglasses;
77. Gucci Cream sunglasses from Gucci featuring leaf-shaped temple;
78. Hermes Twilly Carres Volants HG/Orange/Rose Malaba Scarf;
79. Frency & Mercury Rose gold sunglasses Pony II pink sunglasses;
80. Gucci Gg Marmont Leather wallet black;
81. Frency & Mercury 62-15-145  supremacy cream and gold sunglasses;
82. Saint Laurent black leather coin wallet;
83. One brown Hermes Bracelet women;

84. One tan Hermes bracelet women;
85. Gucci Brown money clip (700690 92TCG);
86. Chanel Gold 2022 No. 5 Perfume Bottle Brooch;
87. Chanel 22k Gold /Crystal NSZ earrings ( AB9473B09321);
88. Dior Crystal Hair pin set;
89. Dior old ring;
90. Fendi Key case pouch vit soft stampa 974 bicolor (8AP161 AAIIF19DA);
91. Versace Credit Card holder red leader (DPN2467 DVT8ME);
92. Unisa (size 10) Black Patent Leather Strappy Block Heels;
93. Prada Black Saffiano Coin Purse;
94. Gucci (GG0982s) black gold sunglasses;
95. Poppy Lissiman Studios (ea06100) purple sunglasses;
96. Dolce & Gabbana black tshirt (F8H32T)- Logo "love is love";
97. Versace scarf orange MUL MUNIC (8054952002218);
98. Versace Barocco Bikini top;
99. Versace Barocco Bikini bottom;
100. Hermes Twilly Carres Volants Bleu/Jaune Malaba Scarf;
101. Fendi O'Lock Bracelet ; Gold-colored bracelet;
102. Fendi (FF 0259/S); CAN EYE FF Pink with Mint and Gold / Pink Gradient;
103. Chanel Gold ring with logo;
104. Chanel Crystal CC Round Earrings Silver;
105. Hermes Hermes matte mustard bracelet;
106. Poppy Lissiman Studios cat eye sunglasses white (Skinny);
107. Gucci black Card Case (655MOHIDIA) (523155 96 IWN);
108. Dior 30 MONTAIGNE choker- Gold Chain Necklace with logo;
109. Dior Danseuse Étoile bracelet;
110. Louis Vuitton San Francisco City Guide (RO8618);
111. Dior (size s) swim suit bottom shorts;
112. Dior J'adoir bracelet set; 1 blue bracelet and 1 orange bracelet;
113. Givenchy beige Khaki (GW3618U2395) scarf;
114. Linda Farrow Rose gold sunglasses metal frame;
115. Just Don (size 38) BSKTBLJD1 shoes (31JUSQ01218550WHC);
116. Balenciaga Women's purple long gloves;
117. Louis Vuitton Notebook novelty leather paper Red;
118. Valentino plastic yellow spiked purse;
119. Marine Serre second skin moon top (size XL) (T0681CONWFW21);
120. Alexander Wang (size M) stretch bodysuit Top and bottom black;
121. Gucci (size 6) girls gray coat;
122. Burberry (size 12Y) white denim Jacket;
123. Dolce & Gabbana (size 29/30) white slides;
124. Gucci (size 29) red baby sneakers (463090H1H30H467);
125. Burberry (6Y) plaid shorts;
126. Gucci dragon (size10) kids satin Embroidered Silk Bomber Jacket green;
127. Burberry (size 90 CM) purple plaid dress;

128. Burberry (size 14Y) white polo with blue and red collar;
129. Burberry (size 4Y) black brown logo polo shirt ;
130. Dolce & Gabbana (size 9/10) white tshirt D&G logo;
131. Burberry  (size 6 Y)  logo Print vintage Check bikini;
132. Gucci Belt (size M) (432707B9602) children red belt;
133. Givenchy (size 10) black vinyl coat;
134. Burberry (Size YY) red children bathing suit;
135. Givenchy (size 5Y) children bathing suit navy blue;
136. Palm Angels (size 6Y) green tshirt with teddy bear logo;
137. Versace (size NA) bathing suit yellow and black;
138. Moncler ( size 9/10Y) peach puffer jacket;
139. Moncler ( size 9/10Y) pink puffer jacket;
140. DSquared2 (size 10Y) black denim jacket;
141. Balenciaga ( size 40) short sleeve shirt;
142. Gucci (size 8) Tutu orange rainbow waistband;
143. RasberryPlum ( size NA) Tutu Multicolor;
144. Frankie Morelle (size 8 junior) black  Puffy coat  with fur hood;
145. Chanel  ivory/navy scarf (AA0349X12540);
146. DSquared2 (size 16Y) gray sweatpants;
147. Fushi ( size NA) pink teddy coat;
148. Philipp Plein (size S) black sweat pants with skull logo;
149. Dior black leather  sunglasses case;
150. DL1961 (size S) denim jacket camo design with hoodie;
151. Gucci (size 12) blue and orange  cardigan knitted sweater;
152. Dolce & Gabbana ( size NA)  black sweatpants; cummerbund  waistband;
153. Hydrogen Luxury sportswear (size 10) red blue checkered shirt;
154. Giuseppe Zanotti (size 39.5) orange heels with straps;
155. Burberry (size 14Y) black full length coat (CG12020);
156. Burberry (size 12Y) brown full length coat (CG12020);
157. Gucci ( size 8) red and blue plaid top;
158. Burberry (size 10Y) brown windbreaker with hoodie jacket;
159. DSquared2 (size 14Y) blue, green denim jacket;
160. A Bathing Ape 1st Camo Tapered Cotton-jersey Tracksuit Bottom and top;
161. Fendi (size 10) white and black hoodie;
162. Florence Eisman (size 5) Sweater dress /bows (54407);
163. Gucci (size S) black polo shirt- king snake logo;
164. Hannah Banana (size 8) pink punch yellow banana designs with rhinestones;
165. Zara Boys sport collection (sise 13/14) gray sweat pants;
166. True Religion (size 12) blue denim jeans;
167. Balmain (size 12) black and red sweater;
168. Young Versace (size XXL) youth size black hoodie with zipper;
169. PAESSAGGino  (size 8)gray sweatpants with butterflies;
170. A Bathing Ape Camo design sweat top;
171. DSquared2 (size 14Y) gray sweat pants;

172. Balenciaga (size 39) white leather sneakers Pelle s.Gom;
173. Dior (size 38) white/gray sneakers (3SH118YJP)- Dior B23 High Dior Oblique;
174. Balenciaga (size 10) black; Speed 2.0 Monocolor Recycled Knit Sneaker;
175. Prada (size 39 ) Macro brushed sneakers; black Calzature Donna; Nylon gabardine Spazzolato;
176. Versace white La Medusa Top Handle Bag;
177. Fendi (size 38.5) Bnib Fendi Woven Raffia FF mid -calf;
178. Valentino (size 38.5) black Rockstud Patent T-Strap Pointed Toe Pump;
179. Valentino (38.5) tan Rockstud Patent T-Strap Pointed Toe Pump;
180. Saint Laurent Sheer black cassandre tights (BMK496213);
181. Chanel Mini Flap Bag With CC Ball On Strap Blue For Women;
182. Christian Louboutin (size 48) Roller Boat Flat 'Black Silver sneakers;
183. Burberry brown cap;
184. Prada (size M) nylon cappelli bluette with Silver-tone (2HC137);
185. Saint Laurent (size 57) monogram tweed baseball cap; black/Ivory (6764353YH99);
186. Gucci (size M) hat w desert t.s. light GG lame brown (6319513HK74);
187. Burberry canvas leather bucket hat beige;
188. Givenchy Antigona mini bag Aubergine (BB500JB05M 542);
189. Celine Micro luggage handbag in drummed calfskin Dune;
190. Givenchy black Antigona mini glossed-leather tote;
191. Fendi By the Way Mini VIT.King Fendi Roma Script light Rose (8BL145 AC9L F14N1);
192. Dior silver metallic patent micro cannage medium Diorama (MO422OSKN);
193. Fendi By the Way Medium VIT.King Fendi Roma Script Lampone;
194. Versace red La Medusa Top Handle Bag;
195. Fendi red Kan I Zucca embossed leather small;
196. Gucci Women's Gray GG Marmont Small Shoulder Bag; silver chain;
197. Two Saint Laurent black Lou mini quilted textured-leather shoulder bag (6125791GF0);
198. Saint Laurent red Cassandre Matelasse Envelope Chain Wallet in Grain De Poudre Embossed leather;
199. Saint Laurent red Grain De Poudre Small Monogram Kate Satchel;
200. Saint Laurent dark red Lou mini quilted textured-leather shoulder bag (6125791GF02);
201. Saint Laurent black Lou medium quilted leather shoulder bag;
202. Saint Laurent black Loulou large quilted leather shoulder bag;
203. Chanel Mini Flap Bag With CC Ball On Strap Pink For Women;
204. Saint Laurent black Monogramme Kate small textured-leather shoulder bag;
205. Balenciaga (size 37) women black Knife 110mm calf-length Boots;
206. Fendi (size 40) Black and blue slides;
207. Fendi (size 37.5) Raffia FF Woven Reflections Crisscross Slide Sandals Naturale Black;
208. Chanel black Calfskin Quilted Double Stitch New Medium Boy Flap;
209. Chanel Flap Bag, veau Graine bril/gris;
210. Christian Louboutin (size 45.5) Louis pik flat calf white silver; CM3S;
211. Versace (size 39) Satin Platform Pumps;
212. Givenchy (size 37.5) City low sneakers black and white ( BE001NE10N 00434.5);
213. Dior (size 39) Micro PDP Cotto Peony (KCQ550PPE55P39);
214. Dior (size 40) Micro PDP Cotto Rode De ven ( KCP866PPE19040). Pink heels;
215. Dior (size 40) Noir (KCP484PMSS90) black heels;

216. Dior (size 36.5) D-Strips Cotto Deep Nude (KCK2111KE34U365);
217. Saint Laurent black  Loulou medium quilted leather shoulder bag;
218. Giuseppe Zanotti (size 41) Harmony patent-leather heel sandals;
219. Goyard  Saigon Mini Bag Wood Handle Bag Crossbody Shoulder Purse;
220. Louis Vuitton Coussin PM Taupe (M59277);
221. Saint Laurent (size 41) black Opyum 110 logo-embellished patent-leather sandals;
222. Tom Ford (size 39) Violet Even Sandal (WO273T-MTK);
223. Fendi black Fendi Sunshine Medium; Dark gray leather and elaphe shopper bag;
224. Balenciaga (size 8) white Triple S Clear Sole logo-embroidered leather, nubuck and mesh sneakers;
225. Saint Laurent Rive Gauche leather-trimmed printed canvas tote-tan;
226. Versace brown tote bag;
227. Gucci Ophidia medium leather-trimmed printed coated-canvas tote;
228. Gucci GG Jumbo leather-trimmed canvas-jacquard tote;
229. Gucci  white DIONYSUS SUPER MINI LEATHER BAG;
230. Goyard brown cardholder;
231. Gucci beige GG mini leather-trimmed printed coated-canvas tote;
232. Balenciaga silver Hourglass XS metallic leather tote;
233. Hermes silver buckle Box Togo 32mm H Belt 90 Black;
234. Hermes gold buckle Box Togo 32mm H Belt 90 Black white;
235. Gucci Pink GG Marmont Pink Super Mini Bag;
236. Bottega Veneta gray Cassette denim shoulder bag;
237. Bottega Veneta Teen Jodie Denim Intrecciato Hobo Bag;
238. Saint Laurent  Envelope Medium Bag in Purple;
239. Louis Vuitton (size 37) black Show Up Sneaker;
240. Louis Vuitton x UF(size 39.5) Calfskin Tufted Monogram Stellar Sneaker Boots;
241. Louis Vuitton black Empreinte Vavin PM Bag;
242. Gucci red mini bag soho crossbody;
243. Gucci orange Off The Grid Orange Econyl Mini Crossbody Bag;
244. Louis Vuitton (size 8) black Suede Monogram Run Away Sneakers;
245. Louis Vuitton Palm Springs Mini. Backpack;
246. Hermes  Kelly Handbag 28 Saddle Shoulder Strap in Red;
247. Louis Vuitton (size 39) LV Archlight Sneaker;
248. Amina Muaddi  X AWGE LSD Gladi Heel. Silver & Crystal;
249. Two Goyard MM red Goyard Senat Pouch;
250. Louis Vuitton (size 12) LV Trainer Sneaker VL 12012;
251. Louis Vuitton (size 37) black Rhapsody Ankle Boot - Shoes;
252. Louis Vuitton (size 37) LV Archlight Sneaker;
253. Louis Vuitton (size 8.5)  Run Away White Iridescent;
254. Gucci GG Marmont Matelassé Leather CrossBody Camera Bag Porcelain Blue;
255. Gucci Jumbo GG tote bag;
256. Hermes gray blanket;
257. empty box;
258. Louis Vuitton Pochette Métis bag;
259. Hermes (size 39) Multicolore Stadium Womens Sneaker;

260. Louis Vuitton scarf Monogram silk black beanie (M77775);
261. Louis Vuitton Zippy Wallet Monogram Empreinte Leather;
262. Louis Vuitton Zippy Wallet Stardust Monogram Empreinte Leather;
263. Louis Vuitton black Iris Wallet;
264. Louis Vuitton light blue Louis Vuitton (M91741);
265. Louis Vuitton Zippy Wallet Taupe Lamb;
266. Louis Vuitton Emilie Wallet Rose Ballerine Monogram;
267. Louis Vuitton beige Zippy Wallet;
268. Louis Vuitton black Clémence Wallet ( M61864);
269. Two Louis Vuitton black Sarah Wallet;
270. Louis Vuitton scarf Monogram Confidential bandeau (M78656);
271. Hermes (size 38) Teddy Oran Sandal;
272. Louis Vuitton Túi Louis Vuitton Pochette Métis 'Arizona Beige' (M45809);
273. Louis Vuitton (size 5) Denim Rubber Monogram Tie Dye Mens Fastlane Low Sneakers;
274. Louis Vuitton Lime Alma bag (M20855);
275. Louis Vuitton black bag (M41487);
276. Louis Vuitton Ivoire New Wave Chain Bag GM;
277. Rene Caovilla (size 41) red Rene Caovilla Galaxia 105mm Jeweled Open Toe knee Boot;
278. Christian Louboutin (size 42) Knee-High Boots suede leather riding boots;
279. Fendi sunshine Raffia shopper bag;
280. Gucci blue GG men Embossed nylon backpack;
281. Christian Louboutin Ghost Artemistrap orylag/specchio- Hot Pink Rabbit Fur Strap;
282. Louis Vuitton black Empreinte Monogram Giant Neverfull MM;
283. Louis Vuitton taupe Empreinte Monogram Giant Neverfull MM;
284. Christian Louboutin black Loubiblues Studded Leather Tote Shoulder Bag;
285. Gucci black weekend bag; silver metal chain;
286. Moschino logo black leather/cowhide belt;
287. Louis Vuitton Scott Box;
288. Louis Vuitton Palm Springs Mini backpack;
289. Louis Vuitton Loop Monogram bag;
290. Louis Vuitton Monogram Trio Mini Icon PVC Cross Body Bag Near Mint Rare (M81081);
291. Louis Vuitton (size 39) Gray Suede Calfskin Monogram Laureate Platform Deser Boot;
292. Hermes (size 39.5) orange teddy bear sandals;
293. Hermes (size 38) white sandals; Oran sandal;
294. Hermes (size 36) Tunique HERMES 2022 'Grand Tralala Cut' Sleeveless Twillaine Dress;
295. Louis Vuitton Petit Sac Plat Bag Monogram Canvas (M81295);
296. Gucci Blue GG Marmont Mini Velvet Bag;
297. Goyard Goyardine Matignon Porte Monnaie Wallet Black Gold;
298. Gucci black GG Marmont Chain Wallet;
299. Two Gucci tan Ophidia GG Zip around wallet;
300. Gucci peach GG MARMONT MINI CHAIN BAG;
301. Gucci black DIONYSUS LEATHER SUPER MINI BAG;
302. Gucci brown DIONYSUS GG SUPREME CHAIN WALLET;
303. Gucci black GG Small Messenger bag;

304.  Christian Louboutin (size 40) silver Gondolastrass Orlato flat nap;
305.  Saint Laurent Lou Camera leopard print leather bag ;
306.  Gucci (size 22M) white  sneaker Pelle Suola Gomma;
307.  Christian Louboutin (size 36) Seava Woman flat sneakers pat. Multi color;
308.  Saint Laurent black  Quilted Monogram Matelasse Leather Zip-Around Wallet;
309.  Balenciaga gray  Everyday Camera Shoulder zipper Bag;
310.  Christian Louboutin (size 38.5) Silver Very Strass PVC 120 PVC. Pumps;
311.  Christian Louboutin (size 39.5) silver Iriza 100 mm Pumps - Nappa leather;
312.  Christian Louboutin (size 35) pink crystalic flat suede/crystal spike Pumps;
313.  Christian Louboutin (size 40) Lady DAF 160 Python Lucido Pumps;
314.  Christian Louboutin (39.5) Gold Iriza 100 Laminato Animal pumps;
315.  Christian Louboutin (size 37.5) beige Cheminetta 120 Maille Tricot/Nappa. High socks boots;
316.  Christian Louboutin (size 40.5) white  Hot Chick 100 Pumps;
317.  Christian Louboutin (size 38.5)  black Pigalle Follies 100 patent crow/pat;
318.  Christian Louboutin (size 39) Hot Chick 100 Patent leather;
319.  Gucci Black Dragon/Frogs Embroidered Suede Shoulder Bag;
320.  Fendi (size 39.5) Giày Fendi Women's Black Leather Slip On Sneakers (8E5110 4RU F0700);
321.  Christian Louboutin  (size 40) Crepe Satin Leo Pigalle Follies 100 Pumps;
322.  Christian Louboutin (size 38) Spikaqueen 100 crystal-embellished PVC and glittered-leather pumps;
323.  Giuseppe Zanotti (size 39.5) Patent leather heels gold;
324.  Tom Ford (size 37) black Pleated Ankle Strap Pointed Toe Sandal;
325.  Tom Ford (size 37 ) Berry Pink Padlock Pointy Naked Heeled Sandals;
326.  Tom Ford (size 39) Washed blue Sandal High Heel. 105MM Denim Padlock Sandals;
327.  Tom Ford (size 37) silver Lock Stiletto;
328.  Poppy Lissiman Studios Rossi Speedway gold sunglasses;
329.  Celine CL 41026 VNOZ3 58 16. Sunglasses;
330.  Poppy Lissiman Studios  Morpheus sunglasses- blue mirror color;
331.  Miu Miu Fashion Cat-Eye Crystal embellished sunglasses;
332.  Gucci (GG0234S) Mask Black Pearl Gold Light Blue sunglasses;
333.  Louis Vuitton bracelet- Resin Swarovski Medium Inclusion Bracelet PM Transparent;
334.  Adam Selman X Le Specs - Pink The Heartbreaker; sunglasses;
335.  Dita MASTIX black sunglasses;
336.  Stella McCartney white-tone sunglasses from Stella McCartney featuring a decorative logo detail;
337.  Celine Cream Cat Eye Sunglasses;
338.  Poppy Lissiman Studios purple skinny Demon sunglasses;
339.  Karen Walker + Maze SUPERSTARS sunglasses;
340.  Thom Browne TB-711-D-T-NVY-RED-WHT Sunglasses Grey;
341.  Celine Studded Flat top Shield Sunglasses - scratches on lenses;
342.  Frency + Mercury Quetzal Blue UV Protected Cat Eye Sunglasses;
343.  Andy Wolf Andy Wolf Woman Eliza Oval-frame Metal Sunglasses Silver | Sunglasses;
344.  Saint Laurent Black Lou Mini Quilted Leather Camera Bag;
345.  Emilio Pucci (size 33) pink slip on shoes with frill;
346.  Saint Laurent black  Loulou mini puffer bag;
347.  Saint Lauren taupe Cassandre Matelasse Large Flap Wallet in Grain De Poudre embossed leather;

348. Dior (size 40) Cherry Brocard Lu slippers;
349. Dior (size 39) Canard Brocard Lu slippers;
350. Dior (size 39.5) deep blue Brocard Lu slippers;
351. Chanel (size 39) pink/black slingback open shoes;
352. Chanel (size 37) blue Cord and Lambskin sandals;
353. Bottega Veneta (size 39) parakeet - CR. Stretch Rhinestone Mesh Leather Sandals;
354. Dior (size 44) white B22 SNEAKER;Technical Mesh with White and Silver-Tone Calfskin;
355. Chanel (size 40) wh/blue/pk/grn/bk Espadrilles embroidered; shoes;
356. Chanel (size 38) Turq Espadrilles embroidered; shoes;
357. Chanel (size 40.5) Black Shiny Goatskin Calfskin Quilted Lace Up Combat Boots;
358. Christian Louboutin (size 39) Tan SO Kate120 patent-leather pumps;
359. Christian Louboutin (size 40) orange SO Kate120 Suede;
360. Christian Louboutin (size 38) pink SO Kate120;
361. Chanel (size 37.5) Dad logo quilted sandals flat white/grey;
362. Christian Louboutin (size 42) Nosy 100 Patent/PVC; white;
363. Chanel (size 35.5) Velvet Satin Cap Cap Toe Short Boots Navy Black;
364. Saint Laurent black Lou Medium YSL Quilted Camera Crossbody Bag with Pocket;
365. Burberry (size 8Y) plaid dress;
366. Burberry (Size 5Y) Tan jacket;
367. Burberry (size M) Girls red wool vickie cape;
368. Four Haus of JR (size 3T) pairs of jeans;
369. Two Haus of JR (size 2T) pairs of jeans;
370. Gucci (size 2 children) brown rain wind breaker;
371. Gucci (size 6 children) purple skirt with rainbow waistband;
372. Gucci (size 4 children ) red/pink/black; pleated skirt;
373. Gucci (size 5 children) blue skirt;
374. Gucci (size 5 children) bathing suit girl with tiger, wolf, cat print;
375. Givenchy (size 2) white tshirt. Has stains;
376. Moschino (szie 6 children) black and white logo top;
377. Burberry (size 7Y) pink white blue dress plaid bottom;
378. Haus of JR (size 2T) long sleeves white and black striped;
379. Young Versace (size 2Y) white tshirt with logo;
380. Dolce & Gabbana (size 5Y) green top and bottom short (2 piece);
381. Gucci (size 8) mustard/yellow romper;
382. Dolce & Gabbana (size 18/24) Infant Baby Girls Dress Summer pink Floral Print;
383. Dolce & Gabbana (size 5Y) pink roses pants;
384. Dolce & Gabbana (size 9/10) Rooster Print Quilted Bomber Jacket;
385. Gucci Baby Tan Sweater;
386. Burberry Baby Onesie;
387. Moncler White Baby Dress;
388. Gucci Baby wool Cap;
389. Dsquare2 bay T-shirt (9M);
390. Kenzo Gray Baby Pants;
391. Gucci Top Blue;

392.   Moncler Underwear white ;
393.   Young Versace Blue Shorts;
394.   Gucci Gray T-shirt -baby;
395.   Versace Starfish White bathing suits;
396.   Young Versace White Dress;
397.   Young Versace T shirt purple;
398.   Moschino Orange Baby T shirt;
399.   Two Young Versace Black and Gold Long sleeve top- 1 missing brand tag;
400.   Dolce & Gabbana Blue Overalls: Missing front label;
401.   Moschino Blue T-shirt;
402.   Givenchy Black T-shirt (6 M);
403.   Burberry (3Y)  Peach T-shirt;
404.   Kenzo (18M) Onesie (Cartoon);
405.   Two Burberry (6Y) Dark Purple Blouses (One tag attached);
406.   Fendi Baby Dress Fuchsia;
407.   Balmain Red sweatpants;
408.   Burberry Black sweatpants (12Y);
409.   Dolce & Gabbana (size 11 &12) Black sweatpants;
410.   Fendi white and yellow top;
411.   Gucci Pink & blue collar dress;
412.   Burberry (3M)  Blue and red squares onesie;
413.   Givenchy (size 6) Black shorts;
414.   Gucci Flower Cap (size L);
415.   Gucci Baby Loafer Brown;
416.   Dsquare2 Black baseball cap;
417.   Burberry (3Y) white stripes long sleeve top;
418.   Givenchy (size 8) white Tshirt;
419.   Burberry (10Y) white Tshirt;
420.   Dolce & Gabbana polo shirt Crest design;
421.   Gucci  (M) navy blue wool cap;
422.   Moncler blue wool cap;
423.   Balmain (size 14) Black sweatpants;
424.   Dsquare2 (14Y) Blue tshirt;
425.   Moncler (6/9M) Tan long sleeve top;
426.   Versace bow tie (in bag);
427.   Gucci blue polo;
428.   Burberry (10Y) white Tshirt;
429.   Burberry (3Y) white and orange top;
430.   Dolce & Gabbana black with medal designs tshirt;
431.   Moncler white tshirt;
432.   Roberto Cavalli (size 8) black tshirt with tiger design;
433.   Burberry (3Y) Gray dress;
434.   Gucci white tshirt;
435.   Fendi navy blue sweater;

436. Burberry (10Y) blue and brown logo dress;
437. Hermes Pillow white and grey;
438. Christian Louboutin (size 39 1/2) black studded heel pumps dress shoes;
439. Christian Louboutin (size 41) black Cheetah sneakers gold studs;
440. Christian Louboutin (size 37) Cheetah Print heel pumps;
441. Channel (size 42) green plastic sandals;
442. Christian Louboutin (size 42) black leather heel pumps;
443. Channel (size 41) clear plastic sandals;
444. Versace (size 40) heel pumps;
445. Christian Louboutin (size 39) black patent leather heel pumps;
446. Christian Louboutin (size 41 1/2) black suede heel pumps;
447. Balenciaga (size 8 women) black triple S sneakers;
448. Guiseppe Zanotti Design black heel pumps (metal straps);
449. Christian Louboutin (size 39) black studded heel pumps;
450. Christian Louboutin (size 39) tan patent leather heel pumps;
451. Gucci slides - red, white, and blue;
452. Christian Louboutin (size 39) black suede boots;
453. Gianvito Rossi boots cowhide (black, purple print);
454. Gucci (size 39.5) sneakers - ant print/design;
455. Channel (size 39) Channel trainers T.E.U 39 pink);
456. Dolce & Gabbana (size 41) sneakers (black and gold logo);
457. Dior (size 39) j'adior slingback pump (black);
458. Gucci (size 40.5) black sandals (Silver bit);
459. Guiseppe Zanotti Design (size 39) brown seude straps heel pumps;
460. Dolce & Gabbana (23 child size) blu/bianco/rosso Sandals (805715590046);
461. Gucci gray t-shirt logo;
462. Alexander McQueen white sneakers with rainbow laces;
463. Burberry (size 27 children) shoes booties;
464. Burberry (size 29 children) color umber brown sandals;
465. Burberry (size 19 baby) pale stone baby boot;
466. MSGM black/orange roses print sweater;
467. Burberry (size 10Y) blue plaid pattern dress shirt;
468. Burberry (size 8Y) green park design sweater;
469. Burberry (size 14Y) blue and green plaid short sleeves shirt;
470. Burberry (size 12Y) gray sweater (logo);
471. Burberry (size 6Y) black dress (london logo);
472. Dolce & Gabbana (size 6Y) black dress hearts design;
473. Versace black logo short sleeves sweater;
474. Burberry (size 18M) tan jacket;
475. Givenchy (size 10) gray sweatpants;
476. OFF white (size 6 children ) camo design;
477. Givenchy (size 10) olive sweatpants;
478. Fendi (size 10) blue sweatpants;
479. Gucci wool scarf pink - has stains;

480. Fendi (size 24M) pink and white dress;
481. Gucci (size 10) gray tshirt;
482. Gucci (size 36M) cream tshirt;
483. Gucci (size 5) rainbow, tiger tshirt;
484. Young versace (size 2) yellow logo tshirt;
485. Burberry (size 18M) white/brown dress ;
486. Kenzo (size 3) red tshirt;
487. Moschino (size 6) gray teddy bear long sleeves shirt;
488. Kenzo (size 6M) white long sleeves top;
489. Fendi (new born) pink onesie;
490. Dolce & gabbana ( size 5) white t shirt (#tgfamily logo);
491. Fendi (size 8) white rain jacket (label tag attached);
492. Moschino (size 2) pink dress (bear logo);
493. Fendi (size 3) white tshirt;
494. Gucci (18M) Pink onesie;
495. Dolce & Gabbana (size 6Y) flower pattern sweat top;
496. Balenciaga (size 4) red sweat top;
497. Moschino (size 3) pink dress;
498. Mayoral (size T5) Gray long sleeve top;
499. Burberry (size 10 youth) green plaid short sleeves;
500. David Charles (size 8) white dress ;
501. Zara Girls (size 6) gray pants ;
502. Burberry (size 8Y) nature pattern skirt;
503. DSquared2 (size 8Y) pink dress # prom logo;
504. Molo (size 8) purple sweat bottoms;
505. KIDS (size 5/6) green tutu;
506. Marciano (size 7) black and white coat;
507. Mode & Affaire (size XXL Youth) Pink with red hearts winter jacket;
508. Gucci (size 10 ) red tshirt with black flies;  missing label tag;
509. LOVE (size L) yellow dress;
510. NIKE (size S) pink wind breaker;
511. MOLO ( size 5/6) multi color skirt;
512. PAESSAGGino (size 6) gary dress with bug rhinestone design;
513. Cat & Jack (size 7/8) clear rain jacket;
514. LOVE (size L) Grey dress with gray and red long sleeves;
515. Phillip Plein (size Junior ) Black Hoddie skull design;
516. Pili Carrera (size 5) green jacket with flower design;
517. Bonpoint (size 8) white skirt;
518. Woolrich -John Rich & Bros (size 8) black winter jacket;
519. House of Lafayette  black with a fur center;
520. MSGM (size 6) black skirt with flower design;
521. Moschino (size 36) balck logo design slides;
522. UGG (size 5) Tan W Bailey Corburoy Bow;
523. UGG (size 5) Black W Bailey Corburoy Bow;

524. Louis Vuitton Bella purse with dust cover Original print;
525. Louis Vuitton "On the go " Bag with dust cover;
526. Louis Vuitton Bella purse with dust cover square print;
527. Gucci tiger print bag;
528. Louis Vuitton Bella purse with dust cover Original print (red inside);
529. Louis Vuitton Bella purse with dust cover Original print (black inside);
530. Louis Vuitton Bella purse with dust cover Original print (pink inside);
531. Louis Vuitton "On the go " Bag with dust cover Original print;
532. Saint Laurent Fuchsia purse with dust cover;
533. Channel purse black with grained calfskin & gold tone metal chain, with dust cover;
534. Moon Boot (size 35/38) white with logo;
535. Gucci beige Scarf (no tag);
536. Louis Vuitton x Supreme jersey top;
537. Christian Louboutin pink crystal-embellished suede, leather and rubber shoulder bag;
538. Saint Laurent black purse (sac De Jour nano croc-effect leather tote);
539. Saint Laurent tan cassandre chain matelasse textured leather wallet;
540. Saint Laurent cassandre matelassee envelope chain wallet in grain de poudre embossed leather;
541. Louis Vuitton square print purse;
542. Balenciaga - GOSSIP bag candy pink/Roze  (321-01487);
543. Saint Laurent gray sunset monogram shoulder bag;
544. Saint Laurent copper cassandre chain matelasse textured leather wallet;
545. Saint Laurent black leather wallet bag with dust cover;
546. Roberto Cavalli copper tiger design wallet bag;
547. Gucci ponyhair shoulder bag;
548. Versace ( size 44) sweatshirt;
549. Guiseppe Zanotti (size 40) black boots leather (I970000-83169) I970000;
550. Guiseppe Zanotti (size 11.5) rose gold sandals with stones;
551. Gucci (size 9.5) black sandals;
552. Dolce & Gabbana ( size 38) red slide sandals;
553. Brand NA; (size 40) long black/white tshirt see through dress;
554. DSquared2 (size 40)  beige Ruffled silk cotton short dress;
555. Dolce & Gabbana (size 42) black Hoodie with zipper; Print D&G logo front and back;
556. Akira Naka (size 3) Belted Back Colourblock Stripe Fringe Long Cardigan;
557. Rosie Assoulin (size 10) red long sleeve belted Blazer;
558. Hellessy (size 6) red long sleeve belted cardigan;
559. DSquared2 (size M) men's gray/red/black zip front knitwear;
560. Alexander McQueen (size 42) black/red ; mens bomber jacket front zipper;
561. Veronica Beard (size OS) white/black  Miller Linen Dickey Hoddie/Jacket;
562. Rohit+ Rahul (size M) tan  beaded long sleeve blouse;
563. Alexander Wang (size L) black/blue Denim Hooded Jacket;
564. For All Mankind (size L) Denim Popover Dress;
565. Zara (size S/M) blue denim long sleeve shirt dress-button down;
566. Oscar de la Renta (size 6) green Mid-Weight Wool Trouser;
567. Mira Mikati (size 10)"Dream and parrot sequin" Sequin patch Embroidered Crepe Bomber Jacket navy;

568. Zara (size 17/18) sequin plaid shirt dress yellow black white;
569. Khait Khaite women white long sleeve shirt-button down;
570. Theory (size 4) women satin blue shorts with front pockets;
571. Victor Alfaro yellow longline sleeveless vest coat;
572. Versace (size 38) women knit pants elastic waist leopard print (black/gold);
573. Versace (size 38) women sweater leopard print (black/gold);
574. Emilio Pucci (size 10) blue/purple/green Puffer/ski jacket with purple fur hoodie;
575. Louis Vuitton (size XS) Lurex Monogram Sleeveless Pullover; brown with hoodie;
576. Fendi ( size 46) 2k Iconic Authentic Fendi FF Zucca Monogram Logo Knit Dress;
577. Alex Olivia (size 4) women white shorts;
578. Maje (size 3) women red wool cardigan sweater;
579. Gucci cotton Knit V-neck sweater with wen in ivory;
580. Balenciaga mens faded blue jeans;
581. Alexander Wang (size 24) logo high rise denim shorts;
582. J Crew (size 6) womens white Scalloped short;
583. Alex & Olivia (size 4) women Metallic Paisley Shorts;
584. Fendi (3A) Grey & Brown FF Sweatshirt- One sleeve logo print with a ruffle trim;
585. Givenchy (size XS) womens Off-White Monogram Logo Leggings;
586. Givenchy (size XS) womens Off-White Open-Knit 4G Turtleneck- long sleeve sweater;
587. Balenciaga black/blue Stretch Jersey Track Skirt;
588. Gucci GG Supreme & Hearts Slide Sandal-  yellow/beige /ebony; (501069);
589. Young Versace (size 6Y) white leather touch-strap sneakers with logo red and yellow;
590. Dior (size 32) velvet pink white low top sneakers;
591. Gucci (size 32)  red slides with star pattern;
592. Gucci; Toddler Leather Web Detail Sneakers White (455447CPWP0);
593. Guiseppe (size 26) Vegas Junior Shooting Oro;  Patent Gold Leather High top Trainers;
594. Young Versace (size 24) bianco/oro sneaker fido gomma glitter vitello;
595. Gucci (size 29) GG Ladybug Sneakers;
596. Fendi (size 29) red/pink slip-on sneakers; Girls Logo Detailed Fendi Slip On Shoes;
597. Fendi (size 29) red/pink slip-on sneakers; Girls Logo Detailed Fendi Slip On Shoes;
598. Burberry (size 6Y) bright coral pink  checkered dress;
599. Kenzo (size 8Y) girls navy tiger sweater dress;
600. Givenchy (Size 8Y) girls denim dress;
601. Versace ( size 2A) black and white Medusa T-shirt;
602. Versace (size 2A) Black Medusa T-Shirt;
603. Balmain Paris (size 12A) black sweatpants with side stripes logo;
604. Balmain Paris (size 12A) Kids Unisex Black and White Logo Knitted Sweater (Mini-Me);
605. empty box;
606. Brand tags; Miscellaneous documents; 5 cents coin;
607. Giani Bernini; Cibic Zirconia 18k Gold over Sterling Silver earrings;
608. Zara (size S) white pants (029271187122022);
609. Louis Vuitton (size 38) beige Laureate Platform Desert Boot (1782906 38);
610. Stuart Weitzman Purple Suede Highland Over The Knee Boot;
611. Miu Miu (size 38.5) Nude Satin Ankle Sandals with crystal heels (1 heel);

612.  I AM Jennifer Lee (size 38) AXL;black Austrian crystal suede patent leather boot;
613.  Bottega Veneta (size 36.5) tan BV " the Rubber Lido" heeled sandals;
614.  Pretty Little Thing (size 10)  Mid blue wash slash knee long leg straight leg jeans;
615.  Pretty Little Thing 9size 12) mid blue wash boyfriend denim short;
616.  Pretty Little Thing (size 12) Pettie light blue split hem jeans;
617.  Pretty Little Thing (size 10) Ecru oversized beach shirt dress;
618.  bag with documents;
619.  Louis Vuitton (size 34) black mini dress (RW191W HZM);
620.  Louis Vuitton black passport cover with airplane design;
621.  Dolce & Gabbana (size 8) kids Dolce & Gabbana Kids Floral Printed Sleeveless Swimsuit;
622.  Dolce & Gabbana ( size 38) Embroidered Patchwork Logo T-shirt Off-white Colored;
623.  Moschino Kids Teddy Bear-patch sandals pink;
624.  Moncler Berretto Animal Ears Knit Beanie Hat, Infant pink;
625.  Fendi White T-shirt with sequin lettering Fendi;
626.  Burberry  (size 2Y) blue Long Sleeve T-Shirt;
627.  Gucci Ion chain bag;
628.  Gucci GG Canvas signature tote; and
629.  Chanel small boy handbag, gray quilted;